# Exhibit A

Sep 25, 2018, 03:42pm

# What Do Big Banks Have To Do With Family Detention? #FamiliesBelongTogether Explains



**Morgan Simon** Contributor ⓘ

Investing

*I write about money and social justice.*

---

**TWEET THIS**

🐦 Every child, no matter where he or she is born, deserves to be tucked into a safe bed t
sleep.

🐦 We strongly believe there simply shouldn't be a profit motive to incarcerating children
and families.



Mom's Rising    DANIEL SCHWARTZ

The two largest private prison companies, CoreCivic and GeoGroup, have over $2BN a year in ICE contracts, managing some of the detention centers that have been at the heart of the controversy over the separation of families and incarceration of individuals for crossing the US border. Most investors are unlikely to have these two companies directly in their portfolio—managed as REITS, they are majority-owned by the funds Vanguard and Fidelity—but that means your portfolio may still be connected to private prisons, and by extension, the family detention crisis.

More than 85 organizations, including the National Domestic Workers Alliance, MomsRising, Presente.org, MoveOn, In The Public Interest, Little Sis, Color of Change, Make the Road New York, AVAAZ, ACRE, Enlace, the Center for Popular Democracy, Freedom Cities, ROC United, Candide Group (*see full disclosures*) and others have joined under a coalition effort called Families Belong Together to urge Wells Fargo and JP Morgan Chase to stop financing Geo Group and CoreCivic.

This interview with Families Belong Together coalition members Matt Nelson of Presente.org, and Xochitl Oseguera of MomsRising/MamásConPoder, is part of The Money Story Behind the Story series that examines the role of money in critical current events. It looks at the relationship of banks to family detention, and what both investor and retail customers can do about it.

**Today In:** Money

## Q: Share a bit about your groups and the Families Belong Together coalition. What do you generally work on, and how did family detention become a priority issue?

Families Belong Together emerged in response to the family detention crisis, starting with the recent separation of families at the border which drew national attention to what has been a long-standing issue. The coalition's work is widespread, given the depth of the crisis, from helping to reunite families to seeking just and comprehensive immigration reform. There is specifically a Corporate Accountability branch of the coalition focused on addressing the role of CoreCivic and GEO Group, two large for-profit prison corporations that hold contracts to operate detention centers, and are profiting off the pain and separation of families.

Exhibit A

Our two organizations care deeply about these issues given our member bases. Presente.org is the nation's largest digital organization for Latinx people with more tha 500,000 registered member-volunteers. We were founded on the struggle for immigrar and human rights, having helped launch the modern-day DREAMer movement, and have long worked on family separation and the incarceration of our families at the border.

MomsRising is an on-the-ground and online organization of over a million members, including members in every state in the nation, working to increase economic security, decrease discrimination and build a nation where everyone can thrive. Both our membe bases have been personally impacted by family detention, and in general are interested in supporting policies that respect human rights for all.

**Q: A number of people say, "Well, these migrants broke a law—so it's unfortunate to see the conditions of these centers, but understandable that they need to be detained." What do you say to that?**

Every child, no matter where he or she is born, deserves to be tucked into a safe bed to sleep. 🐦  Incarcerating children and their parents fleeing violence and poverty is not who we strive to be as a country. Over the last several months, immigrants who arrived at the U.S. southern border seeking political asylum were held in federal prisons, where there are allegations that food and health care are inadequate and access to fresh air an sunlight is restricted. At the Trump Administration's direction, children have been intentionally separated from their parents and held in detention, immigrants seeking asylum have been incarcerated, and, more recently, allegations have emerged of numerous cases involving federal officials' verbal, physical and sexual abuse of migrant children within detention facilities. Whatever your politics regarding immigration, no one deserves to be treated in such a fashion.

**Q: There are lots of detention centers nationally—non-profit owned, government-owned and privately owned. Why is there particular concern over privately managed facilities?**

We strongly believe there simply shouldn't be a profit motive to incarcerating children and families. 🐦  These are families who are doing what any one of us would do in their

situation: fleeing violence and poverty, and seeking refuge from their neighbors. They should be treated with dignity and not as criminals.

To maximize profits, the private prison industry often has been known to cut back on staff training and medical care, while spending millions lobbying governments to keep their prisons filled. This has disastrous consequences. In November 2017, approximate 71% of the average daily population in ICE custody were held in privately operated jails Since ICE was created in 2003, 85 detention centers nationwide have reported a total o 176 deaths. Seventeen facilities have had three or more deaths, including eight at the CoreCivic detention center in Houston and 15 at the CoreCivic-owned Eloy Correctiona Center in Arizona. Six people have died at the privately owned GEO Group-owned Adelanto Detention Facility since 2011.

Our immigration system should not be run like a for-profit incarceration business. Private facilities are incentivized to detain migrants rather than move them swiftly and thoughtfully through an immigration process. Additionally, the private prison system is incentivized to maintain and expand our country's "unique" level of mass incarceration America has more incarcerated people than any country on the planet—as their profit model relies on how many people they incarcerate for how long and in what conditions So while family detention has raised questions regarding those particular centers, we se this as an issue that's about not just how we treat migrants to the US, but our own citizens who suffer similar mistreatment in private prisons.



Worldwide prison population   HTTP://NEWS.BBC.CO.UK/2/SHARED/SPL/HI/UK/06/PRISONS/HTML/NN2PAGE1.STM

**Q:  Why should investors concerned about family detention pay attention to the banks, vs simply addressing their holdings in the prison companies themselves?**

Like many businesses, these private prisons depend on debt financing from banks such as Wells Fargo and JP Morgan Chase to conduct their day-to-day operations, finance new facilities, and acquire smaller companies.  For example, a 2016 report from In The Public Interest noted that Geo Group and Core Civic had $900 million in lines of credit from six banks: Bank of America, JPMorgan Chase, BNP Paribas, SunTrust, U.S. Bancorp, and Wells Fargo. In doing so, these banks are complicit in and profiting from both mass incarceration and the criminalization of immigration. 🐦

**Q: What are the next steps for the Families Belong Together coalition? What is your long-term goal?**

Right now, we are asking Wells Fargo and JPMorgan Chase in-person and online to stop financing Geo Group and CoreCivic. 🐦  We are collecting petition signatures, which we will deliver throughout the country on September 26, along with our partners in the coalition--already over 400,000 people have signed this petition expressed their

Exhibit A

concern. We are planning major headquarters deliveries to Wells Fargo in San Francisco and to JP Morgan Chase in New York City.  We are hopeful that after hearing from the public, and reviewing their own human rights policies, they will reassess the risk of maintaining debt to private prisons in their portfolios.

*Follow me on* Twitter *or* LinkedIn. *Check out my* website.

 **Morgan Simon**

Follow

I am an investor and activist who has been building bridges between finance and social justice for close to twenty years. In that time, I've influenced over $150 Billion… **Read More**

Exhibit A
55

# Exhibit B

screenshot-www.forbes.com-2019.09.23-15_55_42
https://www.forbes.com/sites/morgansimon/2019/03/05/jpmorgan-chase-is-done-with-private-prisons/#28b16ea7690d
23.09.2019

# Forbes

Billionaires   Innovation   Leadership   **Money**   Business   Small Business   Lifestyle   BrandVoice   Lists   Advisor   Featured


Choose your privacy settings with a quick Privacy Checkup   **Get started**

6,505 views | Mar 5, 2019, 03:32pm

# JPMorgan Chase Is Done With Private Prisons



**Morgan Simon** Contributor ⓘ
Investing
*I write about money and social justice.*

TWEET THIS

🐦 After years of targeted actions by everyday activists and concerned shareholders, JPMorgan Chase announced early this morning that they will stop financing GEO Group and CoreCivic

🐦 If capital and activists agree that private prisons are bad business, their days may indeed be numbered.



Scores of immigrants, trans women, & allies brought mariachis to send the message: "JP Morgan must show love to our community, by breaking up with private prisons"   DANIEL ALTSCHULER, MAKE THE ROAD NY

*"We will no longer bank the private-prison industry"* — JPMorgan Chase representative

After years of targeted actions by everyday activists and concerned shareholders, JPMorgan Chase announced early this morning that they will stop financing GEO Group and CoreCivic 🐦 — the largest operators of private prisons and immigrant detention centers in the U.S. This is a big win for the world of corporate accountability; one that many believe wouldn't have been possible without hundreds of thousands of people nationally demanding change in the wake of growing concern over family detention. It also calls into question the financial viability of the private prison industry, which has come under fire both by activists and financial analysts.

As explored in "What Do Big Banks Have to Do With Private Prisons," GEO Group and CoreCivic have a long history of profiting from mass incarceration: they make money when beds are filled, justly or unjustly, which is why they've spent $25M on lobbying over the past three decades to push for harsher criminal justice and immigration laws. Interestingly, while only 10% of prisons and jails nationwide are for-profit, a third of all immigrant detention centers are privately owned... receiving over $1B a year in contracts from ICE (almost $5.5M a day of taxpayer money).



Today In: **Money**

Exhibit B
57

Since news of family separation at the southern border began shedding more light on the abuses inside such private facilities, activists across the country have been paying careful attention to who actually enables private prison companies in their day to day operations. In other words, they've been meticulously following the money story behind the story — and found that brand-name banks like Chase, Wells Fargo and Bank of America have provided billions in financing to private prisons over the past decade.

Over the past few years, there's been a steady drumbeat of actions from civil society addressing this relationship. In May of 2017, Make the Road New York, the Center for Popular Democracy, and allies began their #BackersOfHate campaign with civil disobedience at Chase's Manhattan headquarters, followed by rallies outside of shareholder meetings in Texas and Delaware to call out the abuses immigrants face in private prisons and detention centers. Then in 2018, united under the hashtag #FamiliesBelongTogether, 80+ organizations — from immigrant rights nonprofits to social investing firms — came together to form a corporate accountability committee targeting big banks through both insider conversations and consumer-facing strategies (in full disclosure, the author's firm, Candide Group, and its project Real Money Moves, are members of this committee).

PROMOTED

| Civic Nation BRANDVOICE | Oracle BRANDVOICE | Grads of Life BRANDVOICE |
|---|---|---|
| Equal Access Matters: Florida Students Turn Out At On-Campus Early Voting Locations In 2018 | Here's a Strategy For You: Get Pissed Off And Change Stuff | Rural Renewal: Using Best Practices to Stay Competitive |

Beyond banks, interest rose across the country in addressing the direct role of private prisons in family detention and mass incarceration. Real Money Moves launched in November of 2018 as a national initiative of over 30 athletes, actors, artists and everyday activists, including cast members of "Orange is the New Black" and NFL players, who committed to keep their money out of private prison companies. A select group additionally pledged $10M to social investing, highlighting the idea that it's possible to not only screen out companies with poor track records, but also seek out those who have paid special attention to their social impact. Real Money Moves also helped expose people nationally to community banking options, and in general the idea that knowing where your money spends the night can be a critical way to keep your money and values aligned.

On February 14th, Families Belong Together coalition members Daily Kos, CREDO, Make the Road NY, Presente.org, Rainforest Action Network, MomsRising, Conference of Superiors of Men, Candide Group, and Jobs with Justice put this ethos into action with protests at over 100 bank branches, and over 150,000 petition signatures asking Chase and Wells Fargo to break up with private prisons — or pledging to break up with their bank instead. Most visibly, Make the Road NY members showed up at CEO Jamie Dimon's home in Manhattan with a mariachi band to serenade him with break up songs as a part of their ongoing #BackersOfHate campaign — a rousing start to Valentine's Day.

Concern over private prisons has also migrated into the political sphere. Earlier this month Make the Road NY hosted hometown representative Alexandria Ocasio Cortez, who pledged to hold oversight hearings to hold banks like Chase accountable for "investing in and making money off of the detention of immigrants." These hearings are expected to still occur — many other banks still participate in private prison financing — but it looks like Chase is off the hook for now.

Exhibit B
58

Chase's announcement calls into question the policies of other financial institutions such as Wells Fargo, Bank of America, BNP Paribas, SunTrust, and U.S. Bancorp who maintain relationships with private prisons — even while Moody's and S&P have provided these companies with speculative grade (aka "junk") credit ratings because "their revenues are at risk to changes in government policy and public scrutiny of companies profiting from detention." Indeed, Chase noted the decision came as a result of the bank's "ongoing evaluations of the costs and benefits of serving different industries," and Wells Fargo noted in January it was reducing its exposure to the sector (though has not yet announced a full withdrawal) in accordance with "environmental and social risk management" practices. **If capital and activists agree that private prisons are bad business, their days may indeed be numbered.** 

*Follow me on* Twitter *or* LinkedIn. *Check out my* website.

Morgan Simon

I am an investor and activist who has been building bridges between finance and social justice for close to twenty years. In that time, I've influenced over $150 Billion... **Read More**

Print        Site Feedback        Tips        Corrections        Reprints & Permissions        Terms        Privacy

©2019 Forbes Media LLC. All Rights Reserved.                                          AdChoices

**RELATED TOPICS**

| | |
|---|---|
| 01. BEST FRANCHISES TO OWN | › |
| 02. 5 STOCKS TO BUY NOW | › |
| 03. $20/HOUR WORK AT HOME JOBS | › |
| 04. TOP 10 STOCKS TO INVEST IN | › |

**SEE ALSO**



5 Stocks To Buy Now

Top Private Banks

Investing for Beginners

Top 5 Commercial Banks

Capital Gains Tax Real Estate

7% Interest Savings Accounts

Powered by Media.Net



Google

Take 2 minutes

# Exhibit C

Exhibit C
60



Forbes

Billionaires   Innovation   Leadership   **Money**   Business   Small Business   Lifestyle   BrandVoice   Lists   Advisor   Featured

18,995 views  |  Sep 30, 2019, 07:33pm

# GEO Group Runs Out of Banks as 100% of Banking Partners Say 'No' to the Private Prison Sector

**Morgan Simon** Contributor ⊙
*Investing*
*I write about money and social justice.*



This shift represents an estimated shortfall of 87.4% of all future funding to the private prison ... [+]  WIKICOMMONS

All of the existing banking partners to private prison leader GEO Group have now officially committed to ending ties with the private prison and immigrant detention industry. These banks are JPMorgan Chase, Wells Fargo, Bank of America, SunTrust, BNP Paribas, Fifth Third Bancorp, Barclays, and PNC.

This exodus comes in the wake of demands by grassroots activists — many under the banner of the #FamiliesBelongTogether coalition — shareholders, policymakers, and investors. Major banks supporting the private prisons behind mass incarceration and immigrant detention have now committed to not renew $2.4B in credit lines and term loans to industry giants GEO Group and CoreCivic.

This shift represents an estimated shortfall of 87.4% of all



Exhibit C
61

This shift represents an estimated shortfall of 87.4% of all future funding to the industry, which depends on these bank credit lines and loans to finance their day to day business. Together, these banks commitments — alongside a federal judge's block on the Trump administration's plans to expand family detention this weekend, new policy initiatives such as California ending all contracts with private prisons, and Democratic primary candidates publicly raising the idea of a federal ban on for-profit incarceration — lead many to speculate a threat to the survival of the private prison industry all together.

| Today In: Money | ⌄ |
|---|---|

Five banks have not yet made the commitment to stop extending their credit lines and term loans to CoreCivic: Regions (headquartered in Birmingham, AL), Citizens (Providence, Rhode Island), Pinnacle Bank (Nashville, TN), First Tennessee Bank (Memphis, TN), and Synovus Bank (Columbus, GA). In response to an inquiry, Pinnacle President and CEO Terry Turner said "while we don't discuss details of client relationships, we base commercial credit decisions on several factors. In general we lend to businesses based in our markets that have strong leadership teams, sound credit histories and good operating leverage so they can create jobs and enhance the economic health of our markets." Additionally, a spokesperson from Regions wrote "we recognize that people have differing views about the private sector's involvement in prisons. This is a complex issue that government officials and policymakers are in the best position to address directly."

Even with these remaining partners still at the table, international credit rating agency Fitch downgraded CoreCivic from stable to negative, and stock prices for both companies now near historic lows. The one year returns to investors for both GEO Group and CoreCivic are down nearly 30%, which classifies them as significantly underperforming when compared to other entities in their investment class of US Real Estate Investment Trusts (a designation that initially allowed private prisons to reap major tax benefits).

PROMOTED

Civic Nation BRANDVOICE
**Here's A YouTube Series To Help Students Get Through Their First Year Of College**

Mitsubishi Heavy Industries BRANDVOICE
**What Does It Mean That America Is A Net Exporter Of LNG?**

U.S. Bank BRANDVOICE
**5 Myths About Investing In IPOs**

As a brief historical recap: the American private prison industry is a relatively new phenomenon, with the first private prison opening in 1984. Given their business model depends on keeping a consistent and increasing number of people incarcerated, it's been speculated and critiqued that this is why GEO Group and CoreCivic have spent $25M on lobbying over the past three decades to push for harsher criminal justice and immigration laws. A cycle emerges when one follows the money: everyday people put their money in banks, banks lend that money out to the private prison industry, the private prison industry uses that financing for their day to day work including lobbying, which successfully funnels more detainees into their facilities, and banks reap a payoff from their loans.

Banks are only one piece of the wider financial lives of private

Exhibit C
62

Banks are only one piece of the wider financial lives of private prison companies, which include share ownership, bond underwriting, and other business opportunities. But in the wake of reputational risk and falling share prices, it is questionable at best if new partners will take the leap to join GEO Group and CoreCivic in business and fill their financing gaps. In addition to the #FamiliesBelongTogether coalition representing over 10 million people nationwide, asset owners and managers of the Interfaith Center on Corporate Responsibility and the Confluence Philanthropy network, representing over $2B in AUM, added their voices to a public letter demanding that banks stop financing the private prison industry. Among others, these signatories include Akonadi Foundation, Edward W. Hazen Foundation, Mary Reynolds Babcock Foundation, The Libra Foundation, Zevin Asset Management, and Veris Wealth Partners. Investors are increasingly asking about, and when possible avoiding, the exposures they have to the industry beyond banks.

GEO Group has already noted the critical impact of the banks committing to end their financial relationships with them. In a recent SEC filing the company noted that "if other banks or third parties that currently provide us with debt financing or that we do business with decide in the future to cease providing us with debt financing or doing business with us, such determinations could have a material adverse effect on our business, financial condition, and results of operations." In the meantime, there's speculation about what the remaining five banks — Regions, Citizens, Pinnacle, First Tennessee, and Synovus — will do about their ties to private prisons and immigrant detention.

*Thanks to Jasmine Rashid for her contributions to this piece. Full disclosures related to my work here. This post does not constitute investment, tax, or legal advice, and the author is not responsible for any actions taken based on the information provided herein.*

*Follow me on Twitter or LinkedIn. Check out my website.*

 **Morgan Simon**

I am an investor and activist who has been building bridges between finance and social justice for close to twenty years. In that time, I've influenced over $150 Billion... Read More

Print    Site Feedback    Tips    Corrections    Reprints & Permissions    Terms    Privacy
©2019 Forbes Media LLC. All Rights Reserved.                        AdChoices

**RELATED TOPICS**

| 01. | BEST BANK FOR CHECKING ACCOUNTS | › |
| 02. | BEST BANK TO OPEN CHECKING ACCOUNT | › |
| 03. | BANK OF AMERICA PREPAID | › |
| 04. | BANK OF AMERICA SECURED | › |

**SEE ALSO**


Top Banks in America


5% Interest Savings Accounts


Best Bank to Open Checking Account



Exhibit C
63

Best Banks For Checking Account

Top 10 Stocks to Invest In

Medicare Part B Cost For 2019

Powered by Media.Net

Exhibit C

64

# Exhibit D

7,019 views   |   Mar 5, 2019, 03:32pm

# JPMorgan Chase Is Done With Private Prisons



**Morgan Simon** Contributor ⓘ

Investing

*I write about money and social justice.*

---

**TWEET THIS**

 After years of targeted actions by everyday activists and concerned shareholders, JPMorgan Chase announced early this morning that they will stop financing GEO Group and CoreCivic

 If capital and activists agree that private prisons are bad business, their days may indeed be numbered.

[This article was updated on October 10, 2019.]



Scores of immigrants, trans women, & allies brought mariachis to send the message: "JP Morgan must... [+]   DANIEL ALTSHULER, MAKE THE ROAD NY

*"We will no longer bank the private-prison industry"* —*JPMorgan Chase representative*

After years of targeted actions by everyday activists and concerned shareholders, JPMorgan Chase announced early this morning that they will stop financing GEO Group and CoreCivic 🐦 — the largest operators of private prisons and immigrant detention centers in the U.S. This is a big win for the world of corporate accountability; one that many believe wouldn't have been possible without hundreds of thousands of people nationally demanding change in the wake of growing concern over family detention. It also calls into question the financial viability of the private prison industry, which has come under fire both by activists and financial analysts.

**Today In:** Money

Exhibit D

As explored in "What Do Big Banks Have to Do With Private Prisons," GEO Group and CoreCivic have a long history of profiting from mass incarceration: they make money when beds are filled, justly or unjustly. Together they've spent a combined $25M on lobbying over the past three decades. Disclosures show they've lobbied on a number of bills related to funding for ICE enforcement over the years. GEO Group and CoreCivic say that they don't lobby on legislation or policies that would affect the basis for or length of incarceration or detention, but according to the Justice Policy Institute, both companies have served on task forces of the American Legislative Exchange Council (ALEC), which has written and promoted model legislation focused on mandatory minimums sentences, three strikes laws, and "truth in sentencing" legislation.

Interestingly, while only 10% of prisons and jails nationwide are for-profit, a third of all immigrant detention centers are privately owned... receiving over $1B a year in contracts from ICE  (almost $2.8M a day of taxpayer money).

Since news of family separation at the southern border began shedding more light on the abuses inside such private facilities, activists across the country have been paying careful attention to who actually enables private prison companies in their day to day operations. In other words, they've been meticulously following the money story behind the story — and found that brand-name banks like Chase, Wells Fargo and Bank of America have provided billions in financing to private prisons over the past decade.

Over the past few years, there's been a steady drumbeat of actions from civil society addressing this relationship. In May of 2017, Make the Road New York, the Center for Popular Democracy, and allies began their #BackersOfHate campaign with civil disobedience at Chase's Manhattan headquarters, followed by rallies outside of shareholder meetings in Texas and Delaware to call out the abuses immigrants face in private prisons and detention centers. Then in 2018, united under the hashtag #FamiliesBelongTogether, 80+ organizations — from immigrant rights nonprofits to social investing firms — came together to form a corporate accountability committee targeting big banks through both  insider conversations and consumer-facing strategies (in full disclosure, the author's firm, Candide Group, and its project Real Money Moves are members of this committee).

Beyond banks, interest rose across the country in addressing the direct role of private prisons in family detention and mass incarceration. Real Money Moves launched in November of 2018 as a national initiative of over 30 athletes, actors, artists and everyday activists, including cast members of "Orange is the New Black" and NFL players, who committed to keep their money out of private prison companies. A select group additionally pledged $10M to social investing, highlighting the idea that it's possible to not only screen out companies with poor track records, but also seek out those who have paid special attention to their social impact. Real Money Moves also helped expose people nationally to community banking options, and in general the idea that knowing where your money spends the night can be a critical way to keep your money and value aligned.

On February 14th, Families Belong Together coalition members Daily Kos, CREDO, Make the Road NY, Presente.org, Rainforest Action Network, MomsRising, Conference of Superiors of Men, Candide Group, and Jobs with Justice put this ethos into action with protests at over 100 bank branches, and over 150,000 petition signatures asking Chase and Wells Fargo to break up with private prisons — or pledging to break up with their bank instead. Most visibly, Make the Road NY members showed up at CEO Jamie Dimon's home in Manhattan with a mariachi band to serenade him with break up song as a part of their ongoing #BackersOfHate campaign — a rousing start to Valentine's Day.

Concern over private prisons has also migrated into the political sphere. Earlier this month Make the Road NY hosted hometown representative Alexandria Ocasio Cortez, who pledged to hold oversight hearings to hold banks like Chase accountable for "investing in and making money off of the detention of immigrants." These hearings ar expected to still occur — many other banks still participate in private prison financing - but it looks like Chase is off the hook for now.

Chase's announcement calls into question the policies of other financial institutions such as Wells Fargo, Bank of America, BNP Paribas, SunTrust, and U.S. Bancorp who maintain relationships with private prisons — even while Moody's and S&P have provided these companies with speculative grade (aka "junk") credit ratings because "their revenues are at risk to changes in government policy and public scrutiny of companies profiting from detention." Indeed, Chase noted the decision came as a resu

Exhibit D

69

of the bank's "ongoing evaluations of the costs and benefits of serving different industries," and Wells Fargo noted in January it was reducing its exposure to the sector (though has not yet announced a full withdrawal) in accordance with its "environmental and social risk management" practices. If capital and activists agree that private prisons are bad business, their days may indeed be numbered.

*Clarification: This article does not intend to suggest that CoreCivic or GEO Group housed children separated from their parents pursuant to the Trump family separation policy. CoreCivic has stated, "CoreCivic does not and has never housed children separated from their parents pursuant to the Trump family separation policy." GEO Group has similarly stated, "Our company does not and has never managed facilities that house unaccompanied minors nor has our company ever provided transportation or any other services for that purpose."*

*While the terminology of "family separation" tends to focus on the detention of children, I view the phenomena of family separation as more broad (for instance, inclusive of separating a grown adult from their aging parent, or spouse from spouse, or a parent being incarcerated while their child remains free, etc.). Family separation is thus practiced in the context of both immigration and mass incarceration, such that it is possible to participate in family separation without participating in the housing of children.*

*Follow me on Twitter or LinkedIn. Check out my website.*



**Morgan Simon**

Follow

I am an investor and activist who has been building bridges between finance and social justice for close to twenty years. In that time, I've influenced over $150 Billion... **Read More**

# Exhibit E



# C L A R E   L O C K E
L L P

**ELIZABETH M. LOCKE, P.C.**
libby@clarelocke.com
(202) 628-7402

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

**MEGAN L. MEIER**
megan@clarelocke.com
(202) 628-7403

October 2, 2019

Via Email

Morgan Simon
Email: morgan.simon@gmail.com

Re:     CoreCivic, Inc.

Dear Ms. Simon:

We write on behalf of our client, CoreCivic, Inc.

On March 5th and September 30th of 2019, you published posts on Forbes.com that falsely accuse CoreCivic of lobbying "for harsher criminal justice and immigration laws."[1] The posts also convey that CoreCivic is an instrument of the Trump administration's family separation policy. These accusations are demonstrably false.  The facts are as follows:

*First,* **CoreCivic does not lobby for any policies or legislation that would determine the basis for or duration of any individual's incarceration or detention**.  CoreCivic has never lobbied to impose harsher sentences for crimes or to create new criminal statutes, and the company has a strict policy against this type of lobbying activity.   The very NPR article you hyperlinked in both posts to support this false accusation actually undercuts your accusation.  In highlighted text at the bottom of the article, NPR published a "Clarification" in February 2012, stating that CoreCivic (formerly known as Corrections Corporation of America) had **no role** in drafting or supporting the Arizona immigration law that was the subject of the article:

---

[1] https://www.forbes.com/sites/morgansimon/2019/03/05/jpmorgan-chase-is-done-with-privateprisons/#4b7c8c40690d; https://www.forbes.com/sites/morgansimon/2019/09/30/geo-group-runs-out-of-banks-as-100-of-banking-partners-say-no-to-the-private-prison-sector/#69d3c3113298.



> **Clarification**
>
> **Feb. 22, 2012**
>
> As we reported, Arizona state Sen. Russell Pearce was the originator of the draft legislation that later became Arizona SB 1070. This story did not mean to suggest that the Corrections Corporation of America was the catalyst behind the law or that it took a corporate position in favor of the legislation.
>
> In our 2010 broadcast piece we said: "Last December Arizona Sen. Russell Pearce sat in a hotel conference room with representatives from the Corrections Corporation of America and several dozen others. Together they drafted model legislation that was introduced into the Arizona Legislature two months later, almost word for word."
>
> Although CCA did have a representative at the ALEC meeting where model legislation similar to 1070 was drafted, we didn't mean to suggest that CCA wrote the language.
>
> *Nov. 18, 2011* — In the introduction to the radio version of this story, we said that the legislation that became the Arizona immigration law (SB 1070) was drafted at a meeting of the American Legislative Council, or ALEC. The introduction should have made a clearer distinction between drafting the Arizona bill and ALEC's role in turning it into "model" legislation to be submitted in states across the country.

[2]

The Business Insider article you hyperlinked to in your September 30th post also undercuts your accusation.  That article only states that CoreCivic has lobbied for funding related to privatized prisons and detention centers and explicitly recognizes that CoreCivic's website asserts the company does not lobby for any policies that "determine 'the basis for or duration of an individual's incarceration or detention.'" [3]  Including hyperlinks that contradict your false accusations about CoreCivic is evidence of actual malice. [4]

Moreover, the nature of CoreCivic's lobbying is disclosed in numerous reliable sources in the public domain, including on government websites, non-profit websites, and CoreCivic's own website:

---

[2] https://www.npr.org/2010/10/28/130833741/prison-economics-help-drive-ariz-immigration-law.

[3] https://www.businessinsider.com/private-prisons-lobby-for-their-own-existence-2016-8.

[4] *See Palin v. New York Times Co.*, 933 F.3d 160, 171 (2d Cir. 2019) (including a hyperlink that contradicts the assertion in an article gives rise to a plausible inference of actual malice).



- Both Senate.gov and House.gov provide easy access to the Lobbying Act Disclosure Database.[5] With respect to CoreCivic, each relevant disclosure form noticeably states that under CoreCivic's policy, **lobbyists do "not lobby for or against any policies or legislation that would determine the basis for an individual's incarceration or detention."**[6]

- The California Secretary of State's website provides information on the bills CoreCivic has lobbied for or against, revealing that CoreCivic has not lobbied for any bill that would create harsher sentences and/or increase the duration of inmates' incarceration or detention.[7]

- A simple Google search reveals that many non-profits and government watchdogs have databases on their websites allowing users to search for lobbying disclosures, including:

  - ProPublica: A search of their database yields results for CoreCivic's lobbying activities.[8] The details provided on these disclosures also confirm the facts. Those lobbying disclosures contains a clear disclaimer that "Consistent with CoreCivic Policy," the firm "does not lobby for or against any policies or legislation that would determine the basis for an individual's incarceration or detention.[9]

  - OpenSecrets.org: A search of their database also produces CoreCivic's lobbying reports by year, and each report identifies the issues the lobbying firms employed by CoreCivic work on and contains the same disclosure above.[10]

- CoreCivic's website also contains detailed information about the company's lobbying activity, including several annual "Political Activity and Lobby Reports," and states:

---

[5] *See* https://soprweb.senate.gov/index.cfm?event=selectFields&reset=1; http://disclosures.house.gov/ld/ldsearch.aspx.

[6] Examples of this language can be found on the Senate.gov website at: https://soprweb.senate.gov/index.cfm?event=getFilingDetails&filingID=83F35D12-FB49-4FBF-8F8A-47F6ED682B84&filingTypeID=60 and the House.gov website here: http://disclosures.house.gov/ld/ldxmlrelease/2019/Q2/301058394.xml.

[7] http://cal-access.sos.ca.gov/Lobbying/Employers/Detail.aspx?id=1145409&view=activity&session=2017.

[8] https://projects.propublica.org/represent/lobbying/search?utf8=✓&search=CoreCivic+Inc.&commit=Search.

[9] https://projects.propublica.org/represent/lobbying/r/301016424; https://projects.propublica.org/represent/lobbying/r/300981160; https://projects.propublica.org/represent/lobbying/r/301016853; https://projects.propublica.org/represent/lobbying/r/300983664

[10] https://www.opensecrets.org/lobby/clientissues_spec.php?id=D000021940&year=2019&spec=LAW



> CoreCivic's political and government relations activities are designed to educate federal, state and local officials on the benefits of partnership corrections, CoreCivic's ability to assist them in meeting their needs and our track record of success. Our company does not, under longstanding policy, lobby for or against policies or legislation that would determine the basis for or duration of an individual's incarceration or detention.

[11]

Far from lobbying "for harsher criminal justice and immigration laws" as you falsely claimed, CoreCivic has lobbied in favor of criminal justice reforms that would reduce recidivism and incarceration rates by helping people more successfully reenter society upon their release. This fact is also readily available in the public domain.[12]

*Second*, **CoreCivic does not and has never housed children separated from their parents pursuant to the Trump family separation policy**. The #FamiliesBelongTogether campaign used images and descriptions of unaccompanied minors in immigration detention facilities run by the government or by **other companies**, to generate furious criticism of the government's family separation policy. Those images and descriptions did not portray CoreCivic facilities. CoreCivic does not and has never run immigrant detention facilities for unaccompanied minors. This fact is readily available on CoreCivic's website.[13] You chose to either purposefully avoid or recklessly disregard this fact and, instead, falsely convey in your posts that CoreCivic is an instrument of the family separation policy. You did this in part by connecting banks' withdrawal of funding to the activist campaign against the family separation policy. For example, in the March 5th post, your false accusation about CoreCivic's lobbying practices is immediately followed by your statement that: "a third of all immigrant detention centers are privately owned... Since news of family separation at the southern border began shedding more light on the abuses inside such private facilities, activists across the country have been paying attention to who actually enables private prison companies in their day to day operations." And in the September 30th post you tie the work of the #FamiliesBelongTogether campaign to banks' withdrawal of funding from CoreCivic. These connections were meant to falsely convey to readers that CoreCivic houses unaccompanied minors pursuant to the family separation policy. It does not. It never has.

---

[11] http://ir.corecivic.com/corporate-governance/political-lobbying-activity.

[12] *See CoreCivic Launches Initiative To Advocate For Federal And State Policies Aimed At Reducing Recidivism*, available at, https://twitter.com/cspanwj/status/1161719387180507136?s=20.

[13] http://www.corecivic.com/hubfs/_resources/What%20We%20Do%20Card.pdf ("We don't provide housing for any children who aren't under the supervision of a parent. We also don't operate shelters for unaccompanied minors, nor do we operate border patrol facilities.")



Your purposeful avoidance or reckless disregard of the readily available facts addressed above is evidence of actual malice.[14]  You also purposefully avoided reaching out to CoreCivic for comment prior to publication.  This was a serious violation of journalistic ethics, which require that a story subject be fairly confronted with any negative allegations and given a meaningful opportunity to comment before publication.[15]  Your departure from journalistic standards, and the purposeful avoidance of the most obvious sources of corroboration or refutation of the false allegations addressed above, are further evidence of actual malice.[16]

Moreover, it appears that you are financially motivated to make disparaging statements about CoreCivic in order to promote your alternative investments, investment advice, and book to potential customers and investors.  As you know, you are a registered investment advisor and founding partner of the Candide Group, a ***for-profit*** company that sells investment-related services.  In the March 5th post, you tout your involvement in the campaign to encourage banks to withdraw financing from CoreCivic.  You also plug your company's Real Money Moves ("RMM") initiative to promote divesting from companies like CoreCivic and state that "a select group [within RMM] additionally pledged $10M to social investing," and that RMM "also helped expose people nationally to … the idea that knowing where your money spends the night can be a critical way to keep your money and value aligned."  These are precisely the types of investments you and your company seek to sell.  You also provide a hyperlink within the March 5th post to the RMM website, which promotes your company, explaining "RMM benefits from its sister relationship to Candide Group, a social investing firm that ***directs capital away from an extractive global economy*** towards investments dedicated to social justice and sustainability."[17]  The website also promotes your career and book and provides hyperlinks to your personal website and to Amazon.com where readers can purchase your book.  *Id.*  You advertise your brand and book throughout the RMM website.[18]  In your YouTube videos posted to the RMM website, you entice investors to divest from companies like CoreCivic and to invest in the stocks you sell:

---

[14] *See Antonovich v. Superior Court*, 234 Cal. App. 3d 1041, 1048, 285 Cal. Rptr. 863, 867 (Ct. App. 1991) ("[I]naction, i.e., failure to investigate, which was a product of a deliberate decision not to acquire knowledge of facts that might confirm the probable falsity of [the subject] charges will support a finding of actual malice") (internal quotations and citation omitted).

[15] *See* Sheila Coronel, et al., "Rolling Stone's investigation: 'A failure that was avoidable,' THE COLUMBIA JOURNALISM REVIEW (Apr. 5, 2015), available at https://www.cjr.org/investigation/rolling_stone_investigation.php.

[16] *See Eramo v. Rolling Stone*, 209 F. Supp. 3d 862, 871 (2016) (departure from journalistic standards is supportive evidence of actual malice).

[17] https://www.realmoneymoves.org/who-we-are.

[18] https://www.realmoneymoves.org/learnmore.





**How To Invest In The Stock Market Without Selling Your Soul**

*Social investing brings more fun and meaning to the stock market, and is getting easier and easier to do.*

Finally, in applauding your own involvement in the campaign to encourage banks to divest from CoreCivic, you implicitly acknowledge that you are creating the very news you are reporting on.  And in the September 30th post, you expressly acknowledge that you are causing "reputational risk" to CoreCivic and inhibiting the company's ability to obtain funding from "new partners."  This is further evidence of actual malice.

In sum, you published false statements about CoreCivic, and there is substantial evidence that you did so for your own financial gain and with actual malice.[19]  Your false statements have resulted in serious financial and reputational harm to the company, and expose you to substantial legal risk for libel.[20]  We therefore demand that you promptly retract your false accusations about CoreCivic and that you cease and desist from repeating them or other false claims about CoreCivic.  To that end, we request that going forward, you provide CoreCivic advance written notice of—and a reasonable opportunity to respond to—any negative allegation you intend to make about the company.

Until these matters are resolved, please preserve all of your drafts, notes, emails, text messages, browser histories, voice mails, phone logs, social media posts and messages, electronic data, and other documents relating to the posts, CoreCivic, and any other reporting on companies

---

[19] *Suzuki Motor Corp. v. Consumers Union of U.S., Inc.*, 330 F.3d 1110, 1136 (9th Cir. 2003) (financial motivation can support a finding of actual malice).

[20] *See, e.g., Cantu v. Flanigan*, 705 F. Supp. 2d 220 (E.D.N.Y. 2010) (upholding jury award of $38 million in economic damages and $150 million in non-economic damages to businessman falsely accused of dishonesty and corporate wrongdoing); *Pensacola Motor Sales, Inc. v. Daphne Auto., LLC*, 155 So. 3d 930, 935 (Ala. 2013) (upholding award of 1.25 million in compensatory damages and $2 million in punitive damages to corporate plaintiff and business owner falsely accused of corporate wrongdoing); *Eshelman v. Puma Biotechnology, Inc.*, No. 7:16-cv-00018-D (E.D.N.C. March 25, 2019) (Judgment in civil case) (awarding $15.85 million in compensatory damages and $6.5 million in punitive damages to company founder falsely accused of dishonesty and corporate wrongdoing).



that provide prison facilities or services.  You should also preserve all communications with banks, analysts, pension funds, institutional investors, other potential investors, candidates for public office, elected officials, relating to CoreCivic or other companies that provide prison facilities or services, as well as financial records, investment records, business records, and book sale records relating in any way to your financial incentive to make disparaging claims about CoreCivic or similar companies.  Please note that preserving many of these materials will require proactive steps, including the immediate suspension of all automatic purging, archiving, or overwriting of electronic materials and browser histories, some of which are set to automatically purge after a limited number of days.  Failure to honor this request could result in serious penalties for spoliation.

We look forward to your prompt response.

Sincerely,

Elizabeth M. Locke, P.C.

Megan L. Meier

Cc: Jessica Bohrer
    Email: JBohrer@forbes.com

Exhibit E
78

# Exhibit F



## C L A R E   L O C K E
### L L P

**ELIZABETH M. LOCKE, P.C.**
libby@clarelocke.com
(202) 628-7402

**MEGAN L. MEIER**
megan@clarelocke.com
(202) 628-7403

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

October 29, 2019

Via Email

Marcia Hofmann
Email: marcia@zeitgeist.law

Re:   CoreCivic, Inc.

Dear Ms. Hofmann:

We write in response to your October 10, 2019 letter and Ms. Simon's updates to her March 5, 2019 and September 30, 2019 posts.[1]

**(1)** **The updates do not retract Ms. Morgan's prior statements falsely conveying that CoreCivic operates immigrant detention facilities for unaccompanied minors**.

The immigrant detention facilities that have drawn fierce condemnation for housing unaccompanied minors are owned by the government or by other companies, not by CoreCivic. Ms. Simon has not retracted her statements conveying otherwise. Instead, she has written that ***she*** views "the phenomena of family separation" as including incarceration ***of any kind***.[2] But as Ms. Simon's own writings confirm, she knows how people understand accusations of "family separation" and what the "Families Belong Together" movement emerged to address: the incarceration of children separated from their parents at the U.S. border. For example, in a September 25, 2018 post, she published an interview with people who explained that the Families Belong Together movement "emerged in response to the family detention crisis, ***starting with the***

---

[1] https://www.forbes.com/sites/morgansimon/2019/03/05/jpmorgan-chase-is-done-with-private-prisons/#33f74758690d; https://www.forbes.com/sites/morgansimon/2019/09/30/geo-group-runs-out-of-banks-as-100-of-banking-partners-say-no-to-the-private-prison-sector/#69d3c3113298.
[2] https://www.forbes.com/sites/morgansimon/2019/03/05/jpmorgan-chase-is-done-with-private-prisons/#33f74758690d.



*recent separation of families at the border*..."[3]   In that post, Ms. Simon also falsely claimed that "*CoreCivic ...  manag[es] ... some of the detention centers that have been at the heart of the controversy over the separation of families and incarceration of individuals for crossing the US border.*"[4]   While Ms. Simon originally published those false statements on September 25, 2018, she re-published them on October 10, 2019 to a new audience when she published a hyperlink to that post in her update to the March 5 post.[5]   That republication gives rise to a separate cause of action.[6]

As explained in our prior letter, language throughout Ms. Simon's March 5 and September 30 stories falsely connects CoreCivic with the immigrant detention facilities that house unaccompanied minors.  Ms. Simon has also promoted this false connection on social media.[7]   She drew this false connection even though she knows that "the terminology of 'family separation' tends to focus on the detention of children."[8]   The October "clarification" to the March 5 post does not rebut that false connection, but dismisses the truth as something that "CoreCivic has stated."  Surely, from her own involvement in promoting protests of the immigrant detention facilities that house unaccompanied minors, Ms. Simon has first-hand knowledge that none of those facilities are CoreCivic facilities.  In light of that and her receipt of our letter, we believe that Ms. Simon's October 10 updates and "clarification" to the March 5 post are further evidence of actual malice.[9]

(2) **The updates do not retract—and include new statements—falsely conveying that CoreCivic lobbies for harsher sentencing**.

The October 10 updates say: "Disclosures show they've lobbied on a number of bills related to funding for ICE enforcement over the years.  CoreCivic say[s] that they don't lobby on legislation or policies that would affect the basis for or length of incarceration or detention, but according to the Justice Policy Institute, [the] compan[y] ha[s] served on task forces of the American Legislative

---

[3] https://www.forbes.com/sites/morgansimon/2018/09/25/what-do-big-banks-have-to-do-with-family-detention-familiesbelongtogether-explains/#263d0c592b6a.
[4] https://www.forbes.com/sites/morgansimon/2018/09/25/what-do-big-banks-have-to-do-with-family-detention-familiesbelongtogether-explains/#263d0c592b6a.
[5] https://www.forbes.com/sites/morgansimon/2019/03/05/jpmorgan-chase-is-done-with-private-prisons/#33f74758690d.
[6] *See Schneider v. United Airlines, Inc.*, 208 Cal. App. 3d 71, 76, 256 Cal. Rptr. 71, 75 (Ct. App. 1989); *see also Cole v. Patricia A. Meyer & Assocs., APC*, 206 Cal. App. 4th 1095, 1121, 142 Cal. Rptr. 3d 646, 667 (2012) (finding that defendants republished defamatory statements by including a hyperlink to defamatory complaint on their website); *Enigma Software Group. USA, LLC v. Bleeping Computer LLC*, 194 F. Supp. 3d 263, 278 (S.D.N.Y. 2016) (a hyperlink to a past article can retrigger the statute of limitations when the hyperlink is included in a post that contains additional defamatory statements).
[7] Morgan Simon, Tweet (October 1, 2019), https://twitter.com/MorganSimon1/status/1179101108767051776; Morgan Simon, Tweet (March 11, 2019), https://twitter.com/MorganSimon1/status/1105176103482724352; Morgan Simon, Tweet (March 6, 2019) https://twitter.com/MorganSimon1/status/1103358544500281344.
[8] https://www.forbes.com/sites/morgansimon/2019/03/05/jpmorgan-chase-is-done-with-private-prisons/#33f74758690d.
[9] *See Burnett v. Nat'l Enquirer, Inc.*, 144 Cal. App. 3d 991, 1012, 193 Cal. Rptr. 206, 219 (Ct. App. 1983).



Exchange Council (ALEC), which has written and promoted model legislation focused on mandatory minimum sentences, three strikes laws, and 'truth in sentencing' legislation."  This passage falsely conveys that the company lobbies for harsher sentences.  Here are the facts:

- CoreCivic has **<u>never</u>** written or promoted model legislation focused on mandatory minimum sentences, three strikes laws, or "truth in sentencing" legislation.

- Although CoreCivic historically had a passive, non-voting membership in ALEC—America's largest nonpartisan organization of state legislatures—it has not been a member or had any involvement with ALEC in nearly a decade.   The report cited by Ms. Simon in support of her false narrative is not only misleading, it is nearly a decade old.

- As shown in the lobbying disclosures Ms. Simon cites, CoreCivic's purported lobbying "related to funding for ICE enforcement" did ***not*** seek to increase enforcement of immigration laws or increase the amount of immigrant detention or incarceration in any way.  To the contrary, the disclosures show that the company lobbied for the "Cellphone Jamming Reform Act," which would ***make prisons safer*** by enabling them to block contraband cellphones that pose a serious risk to security; for appropriations bills so that the government would be able to honor existing contracts; and for the "Fair Chance to Compete for Jobs Act," to ***help former inmates*** compete fairly for employment with federal agencies and federal contractors.

In sum, neither the company's lobbying efforts nor its historic membership in ALEC support the false accusation that CoreCivic lobbies for harsher ICE enforcement and sentencing laws.  Yet, the updates juxtapose a series of misleading statements and omit the material information set forth above in order to lead readers to that false conclusion.

It is no answer to say that Ms. Simon is merely repeating the false statements and speculation of others: those who recklessly repeat the defamatory falsehoods may face legal liability for libel.[10]  Especially in light of our prior written request that Ms. Simon contact CoreCivic for comment before publishing any new allegations about the company, Ms. Simon's decision to purposefully avoid contacting the company about these claims before publication—together with her purposeful avoidance of the facts in her possession, her juxtaposition of misleading facts, her deliberate omission of material details, and her personal financial motive to divert capital away from CoreCivic—are clear and convincing evidence of actual malice.  We renew our prior request that Ms. Simon provide CoreCivic advance written notice of—and a reasonable opportunity to respond to—any negative allegation she intends to make about the company.

---

[10] *Frommoethelydo v. Fire Ins. Exch.*, 42 Cal. 3d 208, 217, 721 P.2d 41, 46 (1986) ("When one person repeats another's defamatory statement, he may be held libel for republishing the same libel or slander").



We are perplexed by your assertion that Ms. Simon's statements are not defamatory. Under California law, publications "which expose[] any person to hatred, contempt, ridicule, or obloquy, or which cause[] him to be shunned or avoided, or which has a tendency to injure him in his occupation" are libelous. Cal. Civ. Code 45.[11] It is difficult to imagine anything that would expose a company to more hatred and contempt than the falsehoods that Ms. Simon has peddled about CoreCivic. Indeed, Ms. Simon herself has written about her success in exploiting public outrage **over things that CoreCivic does not do,** for the purpose of causing banks and investors to "shun" and "avoid" the company, and divert their capital to the investments Ms. Simon sells. Ms. Simon's statements are far more than reasonably susceptible of a defamatory meaning; they were calculated to—and did in fact—provoke outrage and cause the company enormous reputational and financial damage, to Ms. Simon's personal financial benefit as a purveyor of alternative investments.

In light of the financial damage Ms. Simon has caused, she has given the company no choice but to take all appropriate steps—including litigation if necessary—to defend its reputation and set the record straight. This letter and our previous letter constitute formal demands for correction under Cal. Civ. Code § 48a. Until these issues are resolved, please confirm in writing that Ms. Simon has preserved—and suspended any automatic purging or archiving of—the documents, electronic data, and browser histories outlined in our prior letter.

Sincerely,

Elizabeth M. Locke, P.C.

Megan L. Meier

Cc: Jessica Bohrer
    Email: JBohrer@forbes.com

---

[11] *See also See Aurora World, Inc. v. Ty Inc.,* No. CV 09-08463 MMM (EX), 2011 WL 13175457, at *14 (C.D. Cal. Mar. 14, 2011) (under California law, a statement is defamatory per se if it tends to directly injure someone in their "profession, trade or business" by imputing something with reference to their "profession, trade, or business that has a natural tendency to lessen its profits").

# Exhibit G

142,112 views  |  Sep 30, 2019, 07:33pm

# GEO Group Running Out of Banks as 100% of Known Banking Partners Say 'No' to the Private Prison Sector



**Morgan Simon** Contributor ⓘ

Investing

*I write about money and social justice.*

[This article was updated October 10-11, 2019.]



This shift represents an estimated shortfall of 87.4% of all credit and term loans to the industry, ... [+]   WIKICOMMONS

All of the publicly known existing banking partners providing lines of credit and term loans to private prison leader GEO Group have now officially committed to ending ties with the private prison and immigrant detention industry. These banks are JPMorgan

Chase, Wells Fargo, Bank of America, BNP Paribas, SunTrust, and Barclays. Fifth Third Bank and PNC have additionally made commitments to stop providing financing to the private prison industry as a whole.

This exodus comes in the wake of demands by grassroots activists — many under the banner of the #FamiliesBelongTogether coalition — shareholders, policymakers, and investors. Major banks supporting the private prisons behind mass incarceration and immigrant detention have now committed to not renew an estimated $2.4B in credit lines and term loans to industry giants GEO Group and CoreCivic once their current facilities expire.

Today In: Money                                                                          ⌄

This shift represents an estimated shortfall of 87.4% of all credit and term loans to the industry, which depends on these instruments to finance their day to day operations. Together, these banks commitments — alongside a federal judge's block on the Trump administration's plans to expand family detention this weekend, new policy initiatives such as California ending all contracts with private prisons, and Democratic primary candidates publicly raising the idea of a federal ban on for-profit incarceration — lead many to speculate a threat to the survival of the private prison industry all together.

Five banks have not yet made the commitment to stop extending their credit lines and term loans to CoreCivic: Regions (headquartered in Birmingham, AL), Citizens (Providence, Rhode Island), Pinnacle Bank (Nashville, TN), First Tennessee Bank (Memphis, TN), and Synovus Bank (Columbus, GA). In response to an inquiry, Pinnacle President and CEO Terry Turner said "while we don't discuss details of client relationships, we base commercial credit decisions on several factors. In general we lend to businesses based in our markets that have strong leadership teams, sound credit histories and good operating leverage so they can create jobs and enhance the economic health of our markets." Additionally, a spokesperson from Regions wrote "we recognize that people have differing views about the private sector's involvement in prisons. This a complex issue that government officials and policymakers are in the best position to address directly."

Even with these remaining partners still at the table, international credit rating agency Fitch downgraded CoreCivic from stable to negative, and stock prices for both companies now near historic lows. The one year returns to investors for both GEO Group and CoreCivic are down nearly 30%, which classifies them as significantly underperforming when compared to other entities in their investment class of US Real Estate Investment Trusts (a designation that initially allowed private prisons to reap major tax benefits).

As a brief historical recap: the American private prison industry is a relatively new phenomenon, with the first private prison opening in 1984. Given their business model depends on keeping a consistent and increasing number of people incarcerated, it's been speculated and critiqued that this is why GEO Group and CoreCivic have spent $25M on lobbying over the past three decades. Disclosures show they've lobbied on a number of bills related to funding for ICE enforcement over the years.  Both GEO Group and CoreCivic say that they don't lobby on legislation or policies that would affect the basis for or length of incarceration or detention, but according to the Justice Policy Institute, both companies have served on task forces of the American Legislative Exchange Council (ALEC), which has written and promoted model legislation focused on mandatory minimums sentences, three strikes laws, and "truth in sentencing" legislation.

Banks are only one piece of the wider financial lives of private prison companies, which include share ownership, bond underwriting, the purchase of bonds, and others. Still, in the wake of reputational risk and falling share prices, it is questionable at best if new partners will take the leap to join GEO Group and CoreCivic in business and fill their potential financing gaps. In addition to the #FamiliesBelongTogether coalition representing over 10 million people nationwide, asset owners and managers of the Interfaith Center on Corporate Responsibility and the Confluence Philanthropy network representing over $2B in AUM, added their voices to a public letter demanding that banks stop financing the private prison industry. Among others, these signatories include the Akonadi Foundation, Edward W. Hazen Foundation, Mary Reynolds Babcock Foundation, Libra Foundation, Zevin Asset Management, and Veris Wealth Partners. Investors are increasingly asking about, and when possible avoiding, other exposures they have to the industry beyond banks.

Exhibit G
87

GEO Group has already noted the critical impact of the banks committing to end their financial relationships with them. In a recent SEC filing the company noted that "if oth banks or third parties that currently provide us with debt financing or that we do business with decide in the future to cease providing us with debt financing or doing business with us, such determinations could have a material adverse effect on our business, financial condition, and results of operations." In the meantime, there's speculation about what the remaining five banks — Regions, Citizens, Pinnacle, First Tennessee, and Synovus — will do about their ties to private prisons and immigrant detention.

**Clarification:** *Following the release of this article, GEO Group sought to clarify tha they have additional banking partners in their credit syndicate that were not include in their disclosures to the SEC. I requested additional documentation about who the additional banks are; in response GEO Group said they are under no obligation to disclose them.*

*This article therefore references all banking partners publicly disclosed by GEO Grou in regards to their term loans and credit agreements, which include major banks Wel Fargo, Bank of America, JPMorgan, SunTrust, BNP Paribas, and Barclays.*

*In its 10Q filing on June 12, provided to me by the company, GEO states, "Certain identified information has been excluded from the exhibit because it is both (1) not material and (2) would be competitively harmful if publicly disclosed." According to GEO's spokesperson, the company is not required to list all banks involved in their credit facility under this exemption.*

*The SEC defines "material" in Rule 12b2 as information "to which there is a substanti likelihood that a reasonable investor would attach importance in determining whethe to buy or sell the securities registered." I believe this reasonably implies that the six banks listed on the 10Q were the only banks deemed material. Any unlisted banks presumably were determined by GEO to not meet the "material" threshold to merit inclusion in the SEC disclosure.*

*Thanks to Jasmine Rashid for her contributions to this piece. Full disclosures related to my work here. The author's firm, Candide Group and their associated non-profit initiative, Real Money Moves, is a member of the #FamiliesBelongTogether coalition referenced in this piece. This post does not constitute investment, tax, or legal advice, and the author is not responsible for any actions taken based on the information provided herein.*

*Follow me on Twitter or LinkedIn. Check out my website.*

 **Morgan Simon**

Follow

I am an investor and activist who has been building bridges between finance and social justice for close to twenty years. In that time, I've influenced over $150 Billion... **Read More**