**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORECIVIC, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CANDIDE GROUP, LLC and MORGAN SIMON,<br><br>    Defendants. | CASE NO: 2:20-cv-02128 ODW (SK)<br><br>JUDGE: Otis D. Wright, II<br>MAGISTRATE JUDGE: Steve Kim<br><br>[**PROPOSED**] **ORDER ON JOINT STIPULATION TO TRANSFER VENUE OF THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>FILE DATE:  March 4, 2020<br>TRIAL DATE SET: No Date Set |

**ORDER**

Based on the Joint Stipulation to Transfer Venue of this action to the United States District Court for the Northern District entered into by and between CoreCivic, Inc. ("Plaintiff") and Defendants Candide Group, LLC and Morgan Simon ("Defendants") and for good cause shown:

//

//

//

1. The Stipulation is approved.
2. The Clerk is hereby directed to **TRANSFER** this matter in its entirety to the United State District Court for the Northern District of California, Oakland Division, Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, CA 94612.

**IT IS SO ORDERED.**

Dated: June 8, 2020  _____
Otis D. Wright, II
United States District Judge